IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

vs.                                                                             Civ. No. 15-879 KG/KK

STATE OF NEW MEXICO,
DEPARTMENT OF CORRECTIONS,

    Defendant.

## PARTIAL SUMMARY JUDGMENT

Having granted Plaintiff's Partial Motion for Summary Judgment (Doc. 220) and denied Defendant's Partial Motion for Summary Judgment (Doc. 270) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment,

IT IS ORDERED that summary judgment is entered in favor of Plaintiff on Defendant's first, second, third, fourth, eighth, ninth, tenth, and eleventh affirmative defenses in Defendant's Answer to First Amended Complaint. (Doc. 46) at 14-17.

_____
UNITED STATES DISTRICT JUDGE